**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Ricky Berry v. The State of Texas

Appellate case number:    01-12-01176-CR

Trial court case number:   1310202

Trial court:                        182nd District Court of Harris County

Appellant's court-appointed counsel, Terrence Gaiser, filed a brief concluding that the above-referenced appeal is frivolous. However, counsel has not filed the required motion to withdraw as counsel, in accordance with the requirements of *Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel "is required to file a motion to withdraw at the same time that he files an *Anders* brief." *In re Schulman*, 252 S.W.3d 403, 406, 408 (Tex. Crim. App. 2008) (stating that *Anders* brief "accompanies the motion to withdraw as an assurance to the appellate court that the attorney has indeed made a thorough and conscientious examination of the record, has provided the appellate court with the appropriate facts of the case and its procedural history, and has pointed out any potentially plausible points of error").

We **order** Terrence Gaiser to file the required motion to withdraw, in accordance with *Anders* and *Schulman*, **no later than 10 days from the date of this order**. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re Schulman*, 252 S.W.3d at 406.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                            ☑ Acting individually      ☐ Acting for the Court

Date:  June 13, 2013